UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CRUZ CORONA RIOS,<br><br>　　　　　　　　　　Petitioner,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>　　　　　　　　　　Respondents. | Case No.: 3:25-cv-01796-JES-DEB<br><br>**ORDER:**<br><br>**(1) REQUIRING RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS;**<br><br>**(2) SETTING BRIEFING SCHEDULE; AND**<br><br>**(3) DENYING PETITIONER'S MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>**[ECF Nos. 1, 2]** |

　　　Before the Court is Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 and Petitioner's Motion for Temporary Restraining Order ("TRO"). ECF Nos. 1, 2. Respondents are **ORDERED TO SHOW CAUSE** as to why the Petition should not be granted by filing a response to the Petition by **July 28, 2025**. The response shall include any documents relevant to the determination of the issues raised in the Petition and address whether an evidentiary hearing on the Petition is needed. Respondents shall serve

a copy of the response on the Petitioner. Petitioner may file an optional traverse in support of the Petition by **August 4, 2025**. The Court takes the matter under submission and no oral argument will be required.

Petitioner's Motion for TRO seeks a temporary order barring Respondents from removing Petitioner from the United States. *See* ECF No. 2. The motion, however, fails to provide the Court with any relevant caselaw or analysis for such an order. Accordingly, the Court **DENIES** Petitioner's Motion for Temporary Restraining Order without prejudice.

**IT IS SO ORDERED**.

Dated: July 15, 2025

Honorable James E. Simmons Jr.
United States District Judge