UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CRUZ CORONA RIOS,<br><br>                              Petitioner,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND<br>SECURITY, et al.,<br><br>                              Respondents. | Case No.:   3:25-cv-01796-JES-DEB<br><br>**ORDER GRANTING JOINT<br>MOTION TO VACATE** |

The parties' Joint Motion to Vacate, ECF No. 6, is **GRANTED**. Good cause appearing, the briefing schedule on the Petition for Writ of Habeas Corpus is **VACATED**. If this case has not been dismissed by August 12, 2025, the parties shall file a joint status report.

**IT IS SO ORDERED**.

Dated:  July 25, 2025

Honorable James E. Simmons Jr.
United States District Judge