

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Cruz Corona Rios<br><br>Plaintiff,<br><br>V.<br><br>U.S. Department of Homeland Security;<br>Kristi Noem; Pamela Bondi; Todd M.<br>Lyons; Christopher J. Larose<br><br>Defendant. | Civil Action No.  25-cv-1796-JES-DEB<br><br>**CLERK'S JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Petition for Writ of Habeas Corpus is Denied Pursuant to 28 U.S.C. § 2241; and the Motion for Temporary Restraining Order is Denied as Moot. The case is hereby closed.

Date:  10/29/25

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ M. Quinata

M. Quinata, Deputy